AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARSHALL S. SANDER and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990. <br><br> *Plaintiff(s)* <br> v. <br> Bank of America, N.A. (See Attachment) <br><br> *Defendant(s)* | Civil Action No. 8:15-cv-00935 AG (ASx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason W. Estavillo
Ryan C. Griffith
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 12, 2015

*Signature of Clerk or Deputy Clerk*

Jason W. Estavillo (Bar No. 188093)
Ryan C. Griffith (Bar No. 286060)
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

Attorney for Marshall S. Sanders and Lydia O. Sanders Trustee of the Marshall and Lydia Sanders Trust Dated April 20, 1990

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL S. SANDER and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990.<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20<br><br>Defendants | Case No.:<br><br>**COMPLAINT FOR:**<br>1. Rescission under 15 U.S.C. §1635<br>2. Cancellation of Instruments California Civil Code §3412<br>3. Violation of California Business and Professions Code §17200, et seq.<br>4. Violation of California Code §2924(a)(6) & (f)(3)<br>5. Violation of Cal. Civ. Code §2923.5 & §2923.55<br><br>**Trustee Sale Date: June 15, 2015**<br>**Trustee Sale Time: 12:00 P.M.** |

## INTRODUCTION

1. Plaintiffs Marshall S. Sanders and Lydia O. Sanders as Trustees of the Marshall and Lydia Sanders Trust Dated April 20, 1990 (hereafter "Plaintiffs") are facing an illegal foreclosure of their home on Monday, June 15, 2015.

///

LAW OFFICES OF JASON W. ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

*Sanders v. Bank of America, N.A. et al.*                                                                                               *Complaint*

1