NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Jason W. Estavillo, Esq.
Ryan C. Griffith, Esq.
Law Offices of Jason W. Estavillo, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: 510-982-3001
Facsimile: 510-982-3002

ATTORNEY(S) FOR: Marsha S. and Lydia O. Sanders as Trustee, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall S. Sanders and Lydia O. Sanders as Trustee, et al.<br><br>Plaintiff(s),<br>v.<br><br>Bank of America, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Marshall S. Sanders and Lydia O. Sanders as Trustee, et al.___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marshall S. Sanders | Plaintiff |
| Lydia O. Sanders | Plaintiff |
| Bank of America, N.A. | Defendant |
| Wells Fargo Bank, N.A. | Defendant |
| National Default Servicing Corporation | Defendant |
| Select Portfolio Servicing, Inc. | Defendant |

June 11, 2015          /s/
Date                    Signature

Attorney of record for (or name of party appearing in pro per):

Jason W. Estavillo, Esq.