**LOCKE LORD LLP**
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC., WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 and NATIONAL DEFAULT SERVICING CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20<br><br>Defendants. | CASE NO. 8:15-cv-00935-AG-AS<br><br>*Hon. Andrew J. Guilford*<br><br>**CERTIFICATE AS TO INTERESTED PARTIES**<br><br>[LOCAL RULE 7.1-1]<br><br><br><br>Complaint Filed: June 11, 2015 |

1

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-1 ("Wells Fargo"), National Default Servicing Corporation ("NDSC") and Select Portfolio Servicing, Inc. ("SPS" and collectively, "Defendants") hereby provide notice, as required by Local Rule 7.1-1, of any known parties which may have a pecuniary interest in the outcome of the case.

The undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Marshall S. Sanders;
2. Plaintiff Lydia O. Sanders as Trustee of the Marshall and Lydia Sanders Trust Dated April 20, 1990;
3. Defendant Select Portfolio Servicing, Inc.;
4. Defendant Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-1; and
5. Defendant National Default Servicing Corporation

///
///
///
///
///
///
///
///

2

**CERTIFICATE AS TO INTERESTED PARTIES**
*Marshall S. Sanders, et al. v. Bank of America, N.A., et al.*, Case No. 8:15-cv-00935-AG-AS

|   |   |   |
|---|---|---|
| 1 | Dated: June 12, 2015 | Respectfully submitted, |
| 2 |   | LOCKE LORD LLP |
| 4 |   | By: _____*/s/ Conrad V. Sison*_____ |
| 5 |   | Conrad V. Sison |
| 6 |   | Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC., WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 and NATIONAL DEFAULT SERVICING CORPORATION |

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

3

**CERTIFICATE AS TO INTERESTED PARTIES**
*Marshall S. Sanders, et al. v. Bank of America, N.A., et al.*, Case No. 8:15-cv-00935-AG-AS

**CERTIFICATE OF SERVICE**

I, Conrad V. Sison, an attorney, do hereby certify that on June 12, 2015, I electronically filed the foregoing **CERTIFICATE AS TO INTERESTED PARTIES** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: June 12, 2015                           By:   */s/ Conrad V. Sison*
                                                          Conrad V. Sison

4

**CERTIFICATE AS TO INTERESTED PARTIES**
*Marshall S. Sanders, et al. v. Bank of America, N.A., et al.*, Case No. 8:15-cv-00935-AG-AS