UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 15-935-AG (ASx) | Date | July 9, 2015 |
|---|---|---|---|
| Title | MARSHALL SANDERS, et al. v. BANK OF AMERICA, N.A., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** [IN CHAMBERS] ORDER DISCHARGING ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION AND SANCTIONS

On June 12, 2015, the Court issued an Order to Show Cause concerning subject matter jurisdiction and sanctions. (Dkt. No. 10.)

Plaintiffs Marshall S. Sanders and Lydia O. Sanders filed a response to the Orders to Show Cause. (Dkt. Nos. 11, 12.)

The Court DISCHARGES the Orders to Show Cause concerning subject matter jurisdiction and sanctions.

: 0

Initials of Preparer    lmb