1 | **MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
2 | 1800 Century Park East
8th Floor
3 | Los Angeles, CA  90067-1501
Telephone:  310.315.8200
4 | Facsimile:  310.315.8210

5 | Attorneys for Defendant Bank of America, N.A.

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

10

11 | MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990,

CASE NO. 8:15-CV-00935-AG-AS

12

13

14 | Plaintiffs,

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' INITIAL COMPLAINT, FILED BY DEFENDANT BANK OF AMERICA, N.A.**

15 | vs.

16 | BANK OF AMERICA, N.A; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20,

Complaint Filed: June 11, 2015

17

18

19

20

21

22 | Defendants.

23

24 | Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence Defendant Bank

25 | of America, N.A. respectfully request that the Court take judicial notice of the

26 | following documents submitted in support of its motion to dismiss Plaintiffs'

27 | Complaint:

28 | 1. Promissory Note, dated December 22, 2006 and signed by Plaintiff

1  Marshall Sanders, evidencing a $1,435,000.00 loan from Countrywide Bank, N.A.

2  to Plaintiffs; a true and correct copy is attached as **Exhibit A**.

3      2.    Deed of Trust, dated December 22, 2006, and recorded in the Official

4  Records of the Orange County Clerk-Recorder on January 5, 2007 as Document No.

5  2007000008779; a true and correct copy is attached as **Exhibit B**.

6      3.    Assignment of Deed of Trust, dated November 19, 2009, and recorded

7  in the Official Records of the Orange County Clerk-Recorder on December 30, 2009

8  as Document No. 2009000698145; a true and correct copy is attached as **Exhibit C**.

9      4.    Assignment of Deed of Trust, dated November 28, 2011, and recorded

10  in the Official Records of the Orange County Clerk-Recorder on December 6, 2011

11  as Document No. 2011000620147; a true and correct copy is attached as **Exhibit D**.

12      5.    Notice of Default, dated March 5, 2013, and recorded in the Official

13  Records of the Orange County Clerk-Recorder on March 6, 2013 as Document No.

14  2013000138230; a true and correct copy is attached as **Exhibit E**.

15      6.    Notice of Trustee's Sale, dated October 28, 2014, and recorded in the

16  Official Records of the Orange County Clerk-Recorder on October 29, 2014 as

17  Document No. 20140004386; a true and correct copy is attached as **Exhibit F**.

18      7.    Complaint from *Sanders v. Bank of America, N.A.,* et al., filed in

19  Orange County Superior Court, Case No. 30-2014-00757782, on November 21,

20  2014; a true and correct copy (without exhibits) is attached as **Exhibit G**.

21      8.    Order Granting Ex Parte Application and Motion for Temporary

22  Restraining Order to Cancel and Enjoin Trustee's Sale Scheduled for November 24,

23  2014 and for Preliminary Injunction, filed in Orange County Superior Court, Case

24  No. 30-2014-00757782, on November 21, 2014; a true and correct copy is attached

25  as **Exhibit H**.

26      9.    Notice of Ruling at OSC re: Preliminary Injunction, filed in Orange

27  County Superior Court, Case No. 30-2014-00757782, on May 18, 2015; a true and

28  correct copy is attached as **Exhibit I**.

10.    Notice of Failure to Post Bond, filed in Orange County Superior Court, Case No. 30-2014-00757782, on or about June 10, 2015 a true and correct copy is attached as **Exhibit J**.

11.    Request for Dismissal, filed in Orange County Superior Court, Case No. 30-2014-00757782, on or about June 9, 2015; a true and correct copy is attached as **Exhibit K**.

Judicial Notice of Exhibit A is proper because this document is a true and correct copy of a document which is referred to, attached to, or forms the basis of the allegations in the Complaint. *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *Branch v. Tunnell*, 14 F.3d 449, 453-54 (9th Cir. 1994) (documents that are not attached to the complaint may be incorporated by reference if the plaintiff has referred to the document in the complaint or if the document forms the basis for the plaintiff's claims).

Judicial Notice of Exhibits B-F is proper because these documents are true and correct copies of official public records of Orange County, California, and their authenticity is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b); *Gamboa v. Tr. Corps & Cent. Mortgage Loan Servicing Co.*, 2009 U.S. Dist. LEXIS 19613, at *4-10 (N.D. Cal. Mar. 12, 2009) (Court took judicial notice of recorded documents related to foreclosure sale, including grant deed and deed of trust.  "These documents are also part of the public record and are easily verifiable. *See* Fed. R. Evid. 201(b); *Castillo-Villagra v. INS*, 972 F.2d 1017, 1026 (9th Cir. 1992) (holding that notice may be taken of facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned)"); *Velasquez v. GMAC Mortgage Corp.*, 605 F.Supp.2d 1049, 1058 (C.D. Cal. 2008).

Judicial Notice of Exhibits G-K is proper because these documents are true and correct copies of documents filed in *Sanders v. Bank of America, N.A.*, et al., Orange County Superior Court, Case No. 30-2014-00757782, and their authenticity

1  is capable of accurate and ready determination by resort to sources whose accuracy

2  cannot reasonably be questioned.  Fed. R. Evid. R. 201(b)(2).

3

4  DATED: July 2ᵗ, 2015                    Respectfully submitted,

5                                          MCGUIREWOODS LLP

6

7

8                                   By:      /s/ Adam F. Summerfield

9                                          Adam F. Summerfield
                                           Attorneys for Defendant
10                                         Bank of America, N.A.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **CERTIFICATE OF SERVICE**

2         I hereby certify that on July 23, 2015, I electronically filed the foregoing

3    document entitled  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**

4    **MOTION TO DISMISS PLAINTIFFS' INITIAL COMPLAINT, FILED BY**

5    **DEFENDANT BANK OF AMERICA, N.A.** with the Clerk of the Court for the

6    United States District Court, Central District of California using the CM/ECF

7    system and served a copy of same upon all counsel of record via the Court's

8    electronic filing system.

9

10

11                      By: /s/      *Adam F. Summerfield*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28