**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERST TRUST DATED APRIL 20, 1990,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20,<br><br>Defendants. | CASE NO. 8:15-cv-00935-AG-AS<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE AND NOTICE OF INTEREST PARTIES BY DEFENDANT BANK OF AMERICA, N.A.**<br><br>[F.R.C.P. Rule 7.1; and C.D. Cal. L.R. 7.1-1]<br><br>Complaint Filed: June 11, 2015 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND THE HONORABLE COURT:

**PLEASE TAKE NOTICE** that Defendant Bank of America, N.A.

---
1
NOTICE AND CERTIFICATE OF INTERESTED PARTIES

("BANA") by and through counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, files this Corporate Disclosure Statement and Notice of Interested Parties and ("Notice"). The undersigned, counsel of record for BANA, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable to Court to evaluate possible disqualification or recusal:

1. The ultimate parent company of BANA is Bank of America Corporation, a publicly-held company. No publicly-held corporation owns more than 10% of Bank of America Corporation.

BANA reserves the right to supplement this Notice.

DATED: July 24, 2015  Respectfully submitted,

MCGUIREWOODS LLP

By: /s/ Adam F. Summerfield
Adam F. Summerfield
Attorneys for Defendant
Bank of America, N.A.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 24, 2015, I electronically filed the foregoing |
| 3 | document entitled **CORPORATE DISCLOSURE STATEMENT AND** |
| 4 | **CERTIFICATE AND NOTICE OF INTEREST PARTIES BY DEFENDANT** |
| 5 | **BANK OF AMERICA, N.A.** with the Clerk of the Court for the United States |
| 6 | District Court, Eastern District of California using the CM/ECF system and served a |
| 7 | copy of same upon all counsel of record via the Court's electronic filing system. |

By: /s/   *Adam F. Summerfield*