Name and address:
Jason W. Estavillo (Bar No. 188093)
Ryan C. Griffith (Bar No. 286060)
Law Offices of Jason W. Estavillo, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: 510-9823001
Facsimile: 510-982-3002

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall S. Sanders and Lydia O. Sanders, et al. | CASE NUMBER: |
| v. <br> **PLAINTIFF(S)** | 8:15-cv-00935-AG_AS |
| Bank of America, N.A., et al. <br> **DEFENDANT(S)** | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party **and the withdrawing attorney is not the** only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Jason W. Estavillo                                      CA Bar Number: 188093

Firm or agency: Law Offices of Jason W. Estavillo, PC

Address: 1330 Broadway, Suite 1030, Oakland, CA 94612

Telephone Number: 510-982-3001                 Fax Number: 510-982-3002

E-mail: jason@estavillolaw.com

Counsel of record for the following party or parties:   Marshall S. Sanders and Lydia O. Sanders as Trustee of the

Marshall and Lydia Sanders Trust Dated April 20, 1990


Other members of the same firm or agency also seeking to withdraw:

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☒ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: _____    CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____    Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: August 2 4 2015

Signature: _____

Name:    Jason W. Estavillo

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: _____

Signature: _____

Name: _____

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.

☒ representing myself *pro se* in this case.

Date: August 21 2015

Signature: _____

Name:    Marshall S. Sanders

Title: _____

## PROOF OF SERVICE

| Re: | Sanders v. PNC Mortgage, et al. |
|---|---|
| Court: | Central District of California Case No.: 8:15-CV-00935-AG-AS |
| Represents: | Marshall S. Sanders and Lydia O. Sanders, et al. |

I declare that I am over the age of 18, not a party to the above-entitled action; I am an employee of Law Offices of Jason W. Estavillo, PC whose business address is 1330 Broadway, Suite 1030, Oakland, CA 94612.

On **August 24, 2015**, I served the following document(s) in the following manner(s):

**REQUEST FOR APPROVAL OF SUBSITUTION OR WITHDRAWAL OF COUNSEL**

☐    **MAIL:** By placing the document(s) listed below in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐    **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below.

☐    **FEDEX:** by placing true and correct copies thereof in sealed package(s) designated by Federal Express for that purpose, with the delivery fees paid or provided for by the sender, and delivering such package(s) to a box or other facility regularly maintained by Federal Express, or delivered to an authorized courier or driver authorized by Federal Express to receive documents, addressed as follows:

☒    **ELECTRONIC SERVICE:** Via Pacer service

| | |
|---|---|
| Conrad V. Sison<br>LOCKE LORD LLP<br>300 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>Telephone: 213-485-1500<br>Facsimile: 213-4851200<br>**Attorney for Select Portfolio Servicing, Inc., Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1 and National Default Servicing Corporation** | Adam F. Summerfield<br>McGUIRE WOODS, LLP<br>1800 Century Park East 8th Floor<br>Los Angeles, CA 90067<br>Telephone 310-315-8200<br>Facsimile: 310-315-8210<br>**Attorneys for Bank of America, N.A.** |

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

DATED:    **August 24, 2015**

Maria Yolanda Lepe

1