Jason W. Estavillo (Bar No. 188093)
Ryan C. Griffith (Bar No. 286060)
Law Offices of Jason W. Estavillo, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: 510-982-3001
Facsimile: 510-982-3002

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL S. SANDERS AND LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20,1990. <br><br> Plaintiff(s) <br> v. <br> BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A., AS TRUSTEE, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:15-cv-00935-AG-AS <br><br> ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Lydia O. Sanders__      ☒Plaintiff   ☐Defendant   ☐Other _____
*Name of Party*

to substitute   __Lydia O. Sanders__                                    who is

☐ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☒ Pro Se

__1621 Kensing Lane__
*Street Address*

__Santa Ana, CA 92705__                    __Marshallsanders@yahoo.com__
*City, State, Zip*                                          *E-Mail Address*

__714-665-8012__
*Telephone Number*                    *Fax Number*                    *State Bar Number*

as attorney of record instead of _____Jason W. Estavillo; Ryan C. Griffith_____
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**     ☒ **GRANTED**     ☐**DENIED**

Dated   __8/27/15__

U. S. District Judge/~~U.S. Magistrate Judge~~

Andrew J Guilford