Jason W. Estavillo (Bar No. 188093)
Ryan C. Griffith (Bar No. 286060)
Law Offices of Jason W. Estavillo, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: 510-982-3001
Facsimile: 510-982-3002

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL S. SANDERS AND LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20,1990.<br><br>Plaintiff(s)<br>v.<br>BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A., AS TRUSTEE, et al.<br><br>Defendant(s). | CASE NUMBER:<br>8:15-cv-00935-AG-AS<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Marshall S. Sanders__  ☒ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute __Marshall S. Sanders__ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☒ Pro Se

__1621 Kensing Lane__
*Street Address*

__Santa Ana, CA 92705__                __Marshallsanders@yahoo.com__
*City, State, Zip*                         *E-Mail Address*

__714-665-8012__
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of __Jason W. Estavillo; Ryan C. Griffith__
List **all** attorneys from same firm or agency who are withdrawing

is hereby   ☒ GRANTED    ☐ DENIED

Dated    8/27/2015

*[signature]*

U. S. District Judge/~~U.S. Magistrate Judge~~
Andrew J Guilford

G-01 ORDER (12/14)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY