NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Marshall S. Sanders, Trustee, In Pro Per
Lydia O. Sanders, Trustee, In Pro Per
1621 Kensing Lane
Santa Ana, CA 92705-3074
Telephone: (714) 665-8012
E-mail: marshallssander@yahoo.com

ATTORNEY(S) FOR: The Sanders Trust U/T/D 4/20/90, In Pro Per



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall S. Sanders and Lydia O. Sanders, Trutee(s) of the Marshall and Lydia Sanders Trust, 1990<br>Plaintiff(s),<br>v.<br>Bank of America, et al.<br>Defendant(s) | CASE NUMBER:<br>8:15-cv-00935-AG-AS<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for (Pro Se)   Marshall S. Sanders & Lydia O. Sanders, Trustees of The Sanders Trust 1990 or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marshall Samuel Sanders | Trustee, The Sanders Trust (1990), Plaintiff |
| Lydia Ong Sanders | Trustee, The Sanders Trust (1990), Plaintiff |
| Bank of America, N.A. | Defendant |
| Wells Fargo Bank, N.A. | Defendant |
| National Default Servicing Corporation | Defendant |
| Select Portfolio Servicing, Inc. | Defendant |

9/14/15
Date

Signature
*Pro Se*
Attorney of record for (or name of party appearing in pro per):
Marshall S. Sanders & Lydia O. Sanders, Trustees, Sanders Trust