UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 15-0935-AG(ASx) | Date | September 21, 2015 |
| Title | MARSHALL S SANDERS, ET AL v BANK OF AMERICA, NA, ET AL | | |

Present: The Honorable ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Aileen Ocon |
| | Adam Summerfield |

**Proceedings:** SCHEDULING CONFERENCE

Cause is called for hearing and counsel for defendants make their appearances. There are no appearances on behalf of plaintiff.

Court and counsel confer.

The Court sets the following dates:

Discovery Cutoff is May 31, 2016.

A Final Pretrial Conference is set for August 15, 2016, at 8:30 a.m. A Jury Trial is set for August 30, 2016 at 9:00 a.m. Court sets the length of the trial at 3 days.

Scheduling Order Specifying Procedures is signed and filed this date.

The Court sets an Order to Show Cause re Sanctions, including monetary or dismissal, for plaintiffs' failure to appear this date, failure to participate in the Rule 26(f) conference, failure to prosecute and failure to obey court orders for October 5, 2015 at 9:00 a.m. Defense counsel does not need to be present.

: 10

Initials of Preparer    lmb

cc: ADR