| | |
|---|---|
| 1 | **MCGUIREWOODS LLP** |
| | Adam F. Summerfield (SBN #259842) |
| 2 | 1800 Century Park East |
| | 8th Floor |
| 3 | Los Angeles, CA  90067-1501 |
| | Telephone:  310.315.8200 |
| 4 | Facsimile:  310.315.8210 |
| 5 | Attorneys for Defendant Bank of America, N.A. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990, | CASE NO. 8:15-CV-00935-AG-AS |
| | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED BY DEFENDANT BANK OF AMERICA, N.A.** |
| Plaintiffs, | |
| vs. | |
| BANK OF AMERICA, N.A; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20, | Complaint Filed: June 11, 2015 |
| | Date:     Oct. 26, 2015 |
| | Time:     10:00 a.m. |
| | Court:    10D |
| Defendants. | |

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence Defendant Bank of America, N.A. respectfully request that the Court take judicial notice of the following documents submitted in support of its motion to dismiss Plaintiffs' Complaint:

---

1
REQUEST FOR JUDICIAL NOTICE

1. Grant Deed, recorded in the Official Records of the Orange County Clerk-Recorder's Office on July 10, 2003, as Document No. 2003000812517; a true and correct copy is attached as **Exhibit A**.

Judicial Notice of Exhibit A is proper because this document is a true and correct copy of a document which is referred to, attached to, or forms the basis of the allegations in the Complaint. *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *Branch v. Tunnell*, 14 F.3d 449, 453-54 (9th Cir. 1994) (documents that are not attached to the complaint may be incorporated by reference if the plaintiff has referred to the document in the complaint or if the document forms the basis for the plaintiff's claims).

Further, judicial notice of Exhibit A is proper because the document is a true and correct copy of an official public record of Orange County, California, and its authenticity is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *Gamboa v. Tr. Corps & Cent. Mortgage Loan Servicing Co.*, 2009 U.S. Dist. LEXIS 19613, at *4-10 (N.D. Cal. Mar. 12, 2009) (Court took judicial notice of recorded documents related to foreclosure sale, including grant deed and deed of trust. "These documents are also part of the public record and are easily verifiable. *See* Fed. R. Evid. 201(b); *Castillo-Villagra v. INS*, 972 F.2d 1017, 1026 (9th Cir. 1992) (holding that notice may be taken of facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned)"); *Velasquez v. GMAC Mortgage Corp.*, 605 F.Supp.2d 1049, 1058 (C.D. Cal. 2008).

1  DATED: September 24, 2015          Respectfully submitted,

2                                      MCGUIREWOODS LLP

3

4

5                                      By:      */s/ Adam F. Summerfield*
                                                Adam F. Summerfield
6                                          Attorneys for Defendant
7                                          Bank of America, N.A.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Adam F. Summerfield, certify that on September 24, 2015, the foregoing document entitled **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED BY DEFENDANT BANK OF AMERICA, N.A.** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

        */s/ Adam F. Summerfield*
        Adam F. Summerfield