Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Aileen Ocon (SBN: 240417)
aileen.ocon@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC., WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 and NATIONAL DEFAULT SERVICING CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20<br><br>Defendants. | CASE NO. 8:15-cv-00935-AG-AS<br><br>*Hon. Andrew J. Guilford*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:     October 26, 2015<br>Time:    10:00 a.m.<br>Place:    Courtroom 10D<br><br>[Filed concurrently with: (1) Motion to Dismiss; and (2) [Proposed] Order]<br><br>FAC Filed: September 8, 2015<br>Complaint Filed: June 11, 2015 |

Defendants Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-1 ("Wells Fargo"), National Default Servicing Corporation ("NDSC") and Select Portfolio Servicing, Inc. ("SPS" and collectively, "Defendants") hereby respectfully request that the Court take judicial notice of the following documents, and the contents thereof, under Federal Rule of Evidence 201. "Under Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record.'" *Mack v. South Bay Beer Distrib.,* 789 F.2d 1279, 1282 (9th Cir. 1986).

1. Attached as Exhibit 1 is a true and correct copy of the Deed of Trust recorded in the Official Records, County of Orange, as Instrument Number 2007-00008779 on January 5, 2007.

2. Attached as Exhibit 2 is a true and correct copy of the Corporate Assignment of Deed of Trust ("Assignment-1") recorded in the Official Records, County of Orange, as Instrument Number 2009-00698145 on December 30, 2009.

3. Attached as Exhibit 3 is a true and correct copy of the Assignment of Deed of Trust ("Assignment-2") recorded in the Official Records, County of Orange, as Instrument Number 2011-0620147 on December 6, 2011.

4. Attached as Exhibit 4 is a true and correct copy of the Substitution of Trustee recorded in the Official Records, County of Orange, as Instrument Number 2013-063386 on January 31, 2013.

5. Attached as Exhibit 5 is a true and correct copy of the Notice of Default and Election to Sell Under Deed of Trust, recorded in the Official Records, County of Orange, as Instrument Number 2013-0138230 on March 6, 2013.

6. Attached as Exhibit 6 is a true and complete copy of the Corporate Assignment of Deed of Trust ("Assignment-3"), recorded in the Official Records, County of Orange, as Instrument Number 2014-0273238 on July 9, 2014.

7. Attached as Exhibit 7 is a true and correct copy of the Notice of Trustee's Sale recorded in the Official Records, County of Orange, as Instrument Number 2014-

0438612 on October 29, 2014.

8. Attached as Exhibit 8 is a true and correct copy of the docket in the bankruptcy case of *In re Marshall Sanders*, Case No. 8:10-bk-14682-ES (the "First Bankruptcy Case"), filed in the United States Bankruptcy Court for the Central District of California (Santa Ana) on April 12, 2010.

9. Attached as Exhibit 9 is a true and correct copy of the docket in the bankruptcy case of *In re Marshall Sanders*, Case No. 8:11-bk-24594-ES (the "Second Bankruptcy Case"), filed in the United States Bankruptcy Court for the Central District of California (Santa Ana) on October 10, 2011 and dismissed on August 21, 2012.

10. Attached as Exhibit 10 is a true and correct copy of the docket in the bankruptcy case of *In re Marshall Samuel Sanders*, Case No. 8:13-bk-14049-ES (the "Third Bankruptcy Case"), filed in the United States Bankruptcy Court for the Central District of California (Santa Ana) on May 7, 2013 and dismissed on October 4, 2013.

11. Attached as Exhibit 11 is a true and correct copy of the docket in the bankruptcy case of *In re Marshall Sanders*, Case No. 8:14-bk-11663-ES (the "Fourth Bankruptcy Case"), filed in the United States Bankruptcy Court for the Central District of California (Santa Ana) on March 18, 2014 and dismissed on September 18, 2014.

12. Attached as Exhibit 12 is a true and correct copy of the *Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (with Supporting Declarations) (Real Property)* filed on August 26, 2014 in Case No. 8:14-bk-11663-ES.

13. Attached as Exhibit 13 is a true and correct copy of the *Order Dismissing Case with 180-Day Bar to Re-Filing and Awarding United States Trustee Quarterly Fees in the Amount of $650* entered on September 18, 2014 in Case No. 8:14-bk-11663-ES.

14. Attached as Exhibit 14 is a true and correct copy of the *Order Denying Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362* entered on September 22, 2014 in Case No. 8:14-bk-11663-ES.

15. Attached as Exhibit 15 is a true and correct copy of the Voluntary Petition for relief filed by Plaintiff Marshall Sanders in Case No. 8:15-bk-13011-ES.

16. Attached as Exhibit 16 is a true and correct copy of the of the docket in the bankruptcy case of *In re Marshall Sanders*, Case No. 8:14-bk-13011-ES (the "Fifth <u>Bankruptcy Case</u>"), filed in the United States Bankruptcy Court for the Central District of California (Santa Ana) on June 15, 2015.

17. Attached as Exhibit 17 is a true and correct copy of the Tentative Ruling issued in *In re Marshall Sanders*, Case No. 8:14-bk-13011-ES.

18. Attached as Exhibit 18 is a true and correct copy of the Order and Notice of Dismissal issued in *In re Marshall Sanders*, Case No. 8:14-bk-13011-ES.

19. Attached as Exhibit 19 is a true and correct copy of the Notice of Ruling on OSC RE: Preliminary Injunction filed in *Sanders, et al. v. Bank of America, N.A., et al.,* Orange County Superior Court Case No. 30-2014-00757782.

20. Attached as Exhibit 20 is the Notice of Ruling on Demurrer to Plaintiff's Complaint and Case Management Conference filed in *Sanders, et al. v. Bank of America, N.A., et al.,* Orange County Superior Court Case No. 30-2014-00757782.

21. Attached as Exhibit 21 is the Request for Dismissal filed in *Sanders, et al. v. Bank of America, N.A., et al.,* Orange County Superior Court Case No. 30-2014-00757782.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| Dated: September 25, 2015 | | Respectfully submitted, |
| | | LOCKE LORD LLP |
| | | |
| | | By: _/s/ Aileen Ocon_ |
| | | Conrad V. Sison |
| | | Aileen D. Ocon |
| | | Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC., WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1 and NATIONAL DEFAULT SERVICING CORPORATION |

# CERTIFICATE OF SERVICE

I, Aileen Ocon, an attorney, do hereby certify that on September 25, 2015, I electronically filed the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

I further certify that a copy was served via U.S. Mail on September 25, 2015 on the following:

Marshall S. Sanders                                  *Plaintiffs, Pro Se*
Lydia O. Sanders
1621 Kensing Lane
Santa Ana, California  92705-3074


Dated: September 25, 2015                By:      */s/ Aileen Ocon*
                                                                    Aileen Ocon