FILED
2015 SEP 30 PM 2:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: dg

1  Name: Marshall Sanders
2  Address: 1621 Kensing Ln.
3           Santa Ana, CA 92705
4  Phone: (714) 665-8012
5  Fax:   714 665 8012
6  In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Marshall Sanders

CASE NUMBER: SACV15 00935 AG

Plaintiff

v.

Bank of America, et al.

Request/Application for continued hearing on motion to Dismiss

Defendant(s).

My wife Lydia O. Sanders is scheduled for eye surgery on Oct. 26, 2015 and the appointment has twice previously been canceled so it is not possible to cancel it a third time. Therefore, I respectfully request an alternative hearing date.

9/30/15

CV-126 (09/09)            PLEADING PAGE FOR A COMPLAINT

# PROOF OF SERVICE

I, _Lydia O. Sanders_ (name), declare as follows. I am over the age of 18 years. My address is:

_1621 Kensing Ln_
_Santa Ana, CA 92705_

On _9/30/15_ (date), I served the foregoing document described as:

1. Continued hearing date
2. Request/Application for Continued Hearing Date?

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the ~~United States mail~~ _E-mail_ (place of mailing), addressed to:

_Adam Summerfield (OA) asummerfield@mcguirewoods.com_
_Aileen Oand (Wells Fargo) aileen.oand@wellsfargo.com_

_____ (name)          _____ (name)
_____ (address)       _____ (address)
_____ (address)       _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9/30/15_ (date) at _Santa Ana, CA_ (place of signing).

_Lydia O. Sanders_ (signature)
(name)

_1/1_
Page Number