UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 15-935-AG (ASx) | Date | October 7, 2015 |
|---|---|---|---|
| Title | MARSHALL S. SANDERS, et al. v. BANK OF AMERICA, N.A., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE HEARING**

Currently set for hearing on October 26, 2015 are a Motion to Dismiss the First Amended Complaint filed by Defendant Bank of America, N.A. (Dkt. No. 39) and a Motion to Dismiss the First Amended Complaint filed by Defendants Select Portfolio Servicing, Inc.; Wells Fargo Bank, N.A., as Trustee, on behalf of the holders of the Harbor View Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1; and National Default Servicing Corp. (Dkt. No. 41).

Plaintiffs Marshall S. Sanders and Lydia O. Sanders (collectively, "Plaintiffs") filed a "Request/Application for Continued Hearing on Motion to Dismiss." (Dkt. No. 43.) Plaintiffs have shown good cause to continue the October 26, 2015 hearing on the pending motions. The Court CONTINUES the hearing on the Motions to Dismiss (Dkt. Nos. 39, 41) to November 9, 2015 at 10:00 a.m.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |