UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 15-0935-AG(ASx) | Date | October 5, 2015 |
| Title | MARSHALL S SANDERS, ET AL v BANK OF AMERICA, NA, ET AL | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marshall Sanders, Pro Se<br>Lydia Sanders, Pro Se | Not Present |

**Proceedings:** ORDER TO SHOW CAUSE RE SANCTIONS, INCLUDING MONETARY OR DISMISSAL, FAILURE TO APPEAR AT THE 9/21/15 SCHEDULING CONFERENCE, FAILURE TO PARTICIPATE IN THE RULES 26(f) CONFERENCE, FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS

Cause is called for hearing with both plaintiffs present. Court and plaintiffs confer. Order to Show Cause is DISCHARGED.

: 05

Initials of Preparer  lmb