**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant Bank of America, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20,<br><br>Defendants. | CASE NO. 8:15-cv-00935-AG-AS<br><br>**NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: June 11, 2015<br><br>Orig. Set for Hearing on Oct. 26, 2015<br>Continued by Court Order to:<br><br>DATE: Nov. 9, 2015<br>TIME: 10:00 a.m.<br>DEPT.: 10D<br><br>Hon. Andrew Guilford, United States District Judge Presiding |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that on September 24, 2015, Defendant Bank of America, N.A. ("BANA") filed with this Court its Motion to Dismiss Plaintiffs' First Amended Complaint. Dkt. No. 39 (the "Motion"). The Motion was properly

noticed for hearing on October 26, 2015. Pursuant to Local Rule 7-9, Plaintiffs' Opposition was due twenty-one days before the hearing, or October 5, 2015. On September 30, 2015, Plaintiffs filed with the Court a "Request/Application for continued hearing on motion to dismiss" (Dkt. No. 43), which the Court granted on October 7, 2015, continuing the hearing on the Motion to November 9, 2015, at 10:00 a.m. Dkt. No. 44.

As calculated by the reset hearing date, Plaintiffs' Opposition, or notice of non-opposition, was required to be filed no later than October 19, 2015. *See* C.D. Cal. L-R 7-9. To date, BANA has not been served with any opposition to the Motion, and the Court's online docket does not reflect that Plaintiffs have filed either an opposition or notice of non-opposition with the Court.

Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting... of the motion." *See* C.D. Cal. L-R 7-12. Moreover, a failure to challenge a party's argument in an opposition (or reply) operates as an admission that the argument is meritorious. *See Tait v. Asset Acceptance, LLC*, 2013 U.S. Dist. LEXIS 105095, at *10-11 (C.D. Cal. 2013); *Linder v. Golden Gate Bridge*, 2015 U.S. Dist. LEXIS 101275, at *9 (N.D. Cal. Aug. 3, 2015); *Wahoo Int'l, Inc. v. Phix Doctor, Inc.*, 2015 U.S. Dist. LEXIS 81492, at *22 (S.D. Cal. June 23, 2015).

As Plaintiffs have failed to file any opposition or notice of non-opposition to BANA's Motion, the Court should deem their failure as consent to the granting of BANA's Motion. Accordingly, Defendant Bank of America, N.A. respectfully requests that the Court grant its motion to dismiss Plaintiffs' First Amended Complaint in its entirety and without leave to amend.

///
///
///

DATED: October 28, 2015    Respectfully submitted,

MCGUIREWOODS LLP


By: _____/s/ Adam F. Summerfield_____
    Adam F. Summerfield
    Attorneys for Defendant
    Bank of America, N.A.

---

3
NOTICE OF NON-RECEIPT OF OPPOSITION

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on October 28, 2015, I electronically filed the foregoing document entitled **NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

    with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

    I served a copy of the above to:

Lydia O. Sanders
Marshall S. Sanders
1621 Kensing Lane
Santa Ana, CA 92705

By: /s/ *Adam F. Summerfield*