UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:15−cv−00935−AG−AS | Date | 11/13/2015 |
| Title | MARSHALL S. SANDERS ET AL. V. BANK OF AMERICA, N.A., ET AL. | | |

Present: The Honorable  Andrew J. Guilford , U. S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Marshall Sanders, Pro Se | Aileen Ocon |

**Proceedings:** 1. DEFENDANTS MOTION TO DISMISS COMPLAINT [DKT 18] 2. BANK OF AMERICA, NAS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [DKT 39] 3. DEFENDANTS MOTION TO DISMISS PLAINTIFFS FIRST AMENDED COMPLAINT [DKT 41]

Cause is called for hearing with the plaintiff and counsel for the defendant present. Court and counsel confer. The motions to dismiss are granted with 30 days leave to amend. The Order to Show Cause is DISCHARGED.

:20

Initials of Preparer:  lb