**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant Bank of America, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A; WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20,<br><br>Defendants. | CASE NO. 8:15-cv-00935-AG-AS<br><br>**OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTIONS TO DISMISS**<br><br>Complaint Filed: June 11, 2015<br><br><br>DATE:      Dec. 7, 2015<br>TIME:      10:00 a.m.<br>DEPT.:     10D<br><br>Hon. Andrew Guilford, United States District Judge Presiding |

Defendant Bank of America, N.A. ("BANA") opposes Plaintiffs' Motion to Strike Defendants' Motions to dismiss, filed on November 6, 2015 (Dkt. No. 52). Aside from Plaintiffs failing to attempt to meet and confer pursuant to the Central District of California's Local Rule 7-3, Plaintiffs' motion is also moot, as the Court granted both BANA's motion to dismiss Plaintiffs' First Amended Complaint and

the motion to dismiss filed by co-Defendants Wells Fargo Bank and Select Portfolio Servicing, on November 13, 2015.  Dkt. No. 53.

Accordingly, Plaintiffs' motion to strike should be denied in its entirety and the hearing taken off of the Court's calendar.

DATED: November 13, 2015          Respectfully submitted,

MCGUIREWOODS LLP


By: _____ */s/ Adam F. Summerfield* _____
                     Adam F. Summerfield
                     Attorneys for Defendant
                     Bank of America, N.A.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2015, I electronically filed the foregoing document entitled **OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTIONS TO DISMISS** with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

I served a copy of the above to:

Lydia O. Sanders
Marshall S. Sanders
1621 Kensing Lane
Santa Ana, CA 92705

By: /s/    *Adam F. Summerfield*