JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS as trustee of the Marshall and Lydia Sanders Trust Dated April 20, 1990,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A., as trustee, on behalf of the Harborview Mortgage Loan Pass-Through Certificates, Series 2007-1; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICINGM INC.; and DOES 1-20,<br><br>Defendants. | Case No. SACV 15-0935 AG (ASx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendants and against Plaintiffs.

Dated February 18, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT